UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY DWAYNE WILLIAMS,

    Defendant.
_____/

Hon. Robert J. Jonker

Case No.  1:22-cr-00108

## ORDER OF DETENTION

This matter is before the Court on the government's motion for pretrial detention.  Defendant has been charged in a two- count Indictment.  Count 3  charges defendant with felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), and count 4 charges defendant with felon in possession of ammunition, in violation of 18 U.S.C. §§ 922(g)(1)  and  18:924(a)(2).

The government sought defendant's detention on the basis that he is a danger to the community, 18 U.S.C. § 1342(f)(1), and that he poses a  risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A). The Court conducted a hearing on November 22, 2022,  at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has sustained its burden by clear and convincing evidence that he is a danger to the community.  Further, the

Court finds that there is no condition or combination of conditions of release that will ensure the safety of the community. Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on November 22, 2022.

Date November 22, 2022					  /s/ Phillip J. Green
							PHILLIP J. GREEN
							United States Magistrate Judge